UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FILLMORE,<br>    Plaintiff,<br>  v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | No. 2:23-cv-08980-ADS<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: March 6, 2024

        /s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
United States Magistrate Judge